# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>ENRIQUE SAUCEDO GONZALEZ,<br><br>　　　　　　　Defendant. | Case No.: 15CR0163-GPC<br><br>**ORDER AND JUDGMENT TO DISMISS WITHOUT PREJUDICE** |

　　　Upon motion of the United States of America and good cause appearing,

　　　IT IS HEREBY ORDERED that the Information in the above-entitled case be dismissed without prejudice.

　　　IT IS SO ORDERED.

　　　DATED: March 26, 2015.

_____
HONORABLE GONZALO P. CURIEL
United States District Judge